(No. 80-CC-0973– ▮▮▮▮▮▮▮)

PATRICIA RUTLEDGE, Claimant, *v.* THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AND THE STATE OF ILLINOIS, Respondents.

*Order on motion to dismiss filed January 19, 1983.*

*Order on motion to dismiss filed January 26, 1983.*

*Order filed May 13, 1987.*

FRANK J. MACKEY, JR., for Claimant.

BAKER & MCKENZIE, for Respondents.

## ORDER

HOLDERMAN, J.

Pursuant to stipulation by and between the parties hereto, and it appearing to the Court that all costs have been paid and all matters in controversy for which said action was brought have been fully compromised, settled and adjourned;

It is hereby ordered, adjudged and decreed that the above-entitled action be, and the same hereby is,

dismissed with prejudice and without costs to either party.